ACCEPTED
08-14-00082-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
8/24/2015 12:31:10 PM
DENISE PACHECO
CLERK

Office of the El Paso County
# PUBLIC DEFENDER

— *Justice for One is Freedom for All* —

**Jaime E. Gándara**
Chief Public Defender

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

8/24/2015 12:31:10 PM
08-14-00082-CR
DENISE PACHECO
Clerk

August 24th, 2015

Ms. Denise Pacheco, Clerk
Eighth Court of Appeals
500 E. San Antonio, Room 1203
El Paso, Texas   79901

RE: Dora Ahn v. State
    Appeal No. 08-14-00082-CR

Dear Ms. Pacheco:

Enclosed please find a letter from me addressed to Dora Ahn advising her of the Court's decision. I included a copy of Court's opinion. Also enclosed is a copy of the return receipt which we prepared to send the letter by certified mail, return receipt requested.

Sincerely,

Nicholas C. Vitolo
Appellate Section
Assistant Public Defender

Encls.

Office of the El Paso County
## PUBLIC DEFENDER
*Justice for One is Freedom for All —*

## Jaime E. Gándara
Chief Public Defender

August 24th, 2015

Ms. Dora Ahn
1324 Noble Path Pl. Path
El Paso, TX 79928-5273

RE:   Appeal No. 08-14-00082-CR
      Trial Case No. 20110D00574

Dear Ms. Ahn:

First, I would like to introduce myself. I am the new appeals attorney at the El Paso County Public Defender. Ms. Burnett recently retired.

The Eighth Court of Appeals has handed down their opinion in your case, but unfortunately, they affirmed the trial court's denial of *habeas corpus* relief (copy of opinion enclosed). What this means is that, if not challenged further, the State may prosecute you again in a second trial.

You have the right to file a motion for rehearing in the Court of Appeals. It has to be filed within 15 days of the day the opinion was handed down.

You also have the right to ask the Texas Court of Criminal Appeals to review the decision of the Eighth Court of Appeals. It is called a Petition for Discretionary Review or PDR. Unfortunately, under Texas law our appointment ends with the Eighth Court's decision. Because of this, if you want to file a PDR, you will either have to file it yourself or hire an attorney to do it for you. You have 30 days to file the PDR from the date of the Court of Appeals' opinion, or ask for an extension. The opinion was handed down August 19th, 2015. If you would like to ask for an extension to file, we can file it for you. Please let us know if that is the case.

500 E. San Antonio - Suite 501 - El Paso, TX 79901 - Office (915) 546-8185 - Fax (915) 546-8186
www.epcounty.com/pdefender

Page Two

If you choose not to file a PDR, or if you do and the Court of Criminal Appeals agrees with the Eighth Court, you will have a pending case in the 346th District Court. The Judge of that court will set a hearing for your case.

I wish you the best going forward. Please contact me for questions.

Sincerely,

Nicholas C. Vitolo
Appellate Section

enclosure



500 E. San Antonio, Suite 501
El Paso, TX 79901

PUBLIC DEFENDER

7005 0390 0000 7774 4252

MS. DORA AHN
1324 NOBLE PATH PL. PATH
EL PASO, TX 79928-5273

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Dora Ahn
1324 Noble Path Pl. Path
El Paso, TX 79928-5273

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number

7005 0390 0000 7774 4252

PS Form 3811, July 2013        Domestic Return Receipt

